IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Carl F. Dienstberger, | Case No. 3:11 CV 134 |
| Plaintiff, | MEMORANDUM OPINION AND ORDER |
| -vs- | JUDGE JACK ZOUHARY |
| Ohio State University Veterinarian Clinic Service, et al., | |
| Defendants. | |

On January 20, 2011, *pro se* Plaintiff Carl Dienstberger filed this action against the Ohio State Veterinarian Clinic ("Clinic") and Ohio State University President E. Gordon Gee. Plaintiff alleges his dog, Chelsea, was treated for colitis at the Clinic in 2006. When Chelsea subsequently became very ill, Plaintiff took her back to the Clinic, where she died after a surgery. Plaintiff cites Ohio Revised Code § 1717.01(B) and the following: "US Code USC 27, US Code USC 7 Section 2132, Title 7 Section 2143, and Title 21 Section 3.2.1" (Doc No. 2 at 2).

There are no allegations set forth in the Amended Complaint filed by Plaintiff suggesting a proper basis for this Court's jurisdiction. Diversity jurisdiction does not exist, because the parties are all located in Ohio. Further, no identifiable, relevant federal law is implicated by Plaintiff's claim. Accordingly, this action is dismissed for lack of subject matter jurisdiction.

IT IS SO ORDERED.

                                                  s/ *Jack Zouhary*
                                                  JACK ZOUHARY
                                                  U. S. DISTRICT JUDGE

                                                  February 17, 2011